

May 3, 2018

*Via E-Filing*
The Honorable Petrese B. Tucker
United States District Court
For the Eastern District of Pennsylvania
Room 16613
Philadelphia, PA  19106

      RE:    **Lisa Trotto v. Trident Asset Management, LLC**
              **Case 2:17-cv-04682-PBT**

Dear Judge Tucker,

    This office represents Plaintiff in the above captioned matter.  This letter is to advise the Court that Plaintiff has resolved its claims with Defendant.

    Plaintiff respectfully requests that the Court allow 60 days for the parties to finalize settlement documentation.  I am available at the convenience of the Court to answer any questions or concerns.

                        Respectfully submitted,

                        Antranig Garibian

AG/ds

Cc:  Frederic I. Weinberg, Esquire (via e-filing)